IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW3:13CR238 |
| | ) | (Financial Litigation Unit) |
| | ) | |
| KENNETH JAMAR ROBINSON, | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| KEFFER OF INDEPENDENCE LLC, | ) | |
| Garnishee. | ) | |

## ORDER OF CONTINUING GARNISHMENT

**THIS MATTER** is before the Court on the Answer of Keffer of Independence LLC, as the Garnishee. On May 18, 2004, the Honorable N. Carlton Tilley, Jr. sentenced Defendant to one hundred twenty-one months incarceration on his conviction for Bank Robbery in violation of 18 U.S.C. §2113(a). Judgment in the criminal case was filed on May 18, 2004 (Doc. No. 1). As part of that Judgment, Defendant was ordered to pay an assessment of $100.00 and restitution of $17,824.00 plus statutory interest to the victims of the crime. *Id*.

On October 32, 2019, the Court entered a Writ of Continuing Garnishment ("Writ") (Doc. No. 42) to the Garnishee, Keffer of Independence LLC. The United States is entitled to a wage garnishment of up to twenty-five percent of net income and has satisfied the prerequisites set forth in 15 U.S.C. §1673. Defendant was served with the Writ on November 19, 2019, and the Garnishee was served on November 4, 2019. The Garnishee filed an Answer on November 19, 2019 (Doc. No. 46) stating that at the time of the service of the Writ, the Garnishee had in its custody, control or possession property or funds owned by the Defendant, including non-exempt, disposable earnings.

IT IS THEREFORE ORDERED that an Order of Continuing Garnishment is hereby ENTERED in the amount of $16,430.19, as of October 29, 2019. The Garnishee will pay the United States up to twenty-five percent of the Defendant's net earnings which remain after all deductions required by law have been withheld and one hundred percent of all 1099 payments, and the Garnishee will continue said payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant or until further order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to:

Clerk of the United States District Court
401 West Trade Street
Charlotte, North Carolina 28202

In order to ensure that each payment is credited properly, the following should be included on each check: Court Number DNCW3:13CR238.

IT IS FURTHER ORDERED that the Garnishee will advise this Court if the Defendant's employment is terminated at any time by the Garnishee or the Defendant.

The Plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED**.

Signed: December 19, 2019

David S. Cayer
United States Magistrate Judge